IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 03-0488-CG-M |
| | ) | |
| ONE 1991 CHEVROLET CORVETTE, | ) | |
| and $22,522.00, MORE OR LESS, IN | ) | |
| UNITED STATES CURRENCY | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED FINAL JUDGMENT OF FORFEITURE

On July 31, 2003, a verified complaint for forfeiture in rem was filed on behalf of the United States against the defendant, 1991 Chevrolet Corvette VIN 1G1YY2385M5108771, and $22,522.00, more of less, in U.S. currency, to enforce the provisions of Title 21, United States Code, Section 881(a)(6).

Pursuant to the amended warrant of arrest in rem issued by this court on August 5, 2003, the defendant property was seized.

Notice of this seizure and forfeiture action, of the right of all third parties to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property, and of the intent of the United States to dispose of the property in accordance with the law, was published in the Mobile Register, a newspaper of general circulation in the Southern District of Alabama, on October, 6,7,8,13,14 and 15, 2003.

All identifiable possible claimants were served. All possible claimants have had adequate notice and time in which to file a claim and an answer.

James E. Body answered the complaint and filed a verified statement of interest.

On August 4, 2005, this court entered an amended memorandum opinion granting summary judgment against the interests of James E. Body and in favor of the United States of America..

Process was fully issued in this action for the forfeiture of the defendant property under the complaint for forfeiture in rem filed herein on July 31, 2003.

With the memorandum opinion entered against the interests of James E. Body, and no other claims, answers, or pleadings having been filed in opposition to the forfeiture of the defendant proceeds, and there being no remaining issues, the above-captioned action has reached its final conclusion.  All possible claimants have had adequate notice and time in which to file a claim and an answer.

**NOW, THEREFORE**, the court having considered the matter and having been fully advised in the premises, it is **ORDERED, ADJUDGED,** and **DECREED** as follows:

That this court has jurisdiction over the subject matter; that the complaint states a claim upon which relief may be granted;

That in accordance with the amended order granting summary judgment, the defendant **1991 Chevrolet Corvette VIN 1G1YY2385M5108771, and $22,522.00, more of less, in U.S. currency** are forfeited to the United States of America pursuant to the provisions of Title 21, United States Code, Section 881(a)(6).

**DONE and ORDERED** this 4th day of August, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE